UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                              Case No. 13-05531
    Alan Alexander
    Monique Alexander
           Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/14/2013.

2) The plan was confirmed on 05/10/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/16/2013.

5) The case was dismissed on 09/13/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,725.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $551.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $551.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $21.49 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $21.49

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A1 USED CAR SALES | Secured | 640.00 | 640.00 | 640.00 | 529.51 | 0.00 |
| A1 USED CAR SALES | Unsecured | NA | 160.00 | 160.00 | 0.00 | 0.00 |
| ABC FINANCIAL SRV | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SAMARITAN HOS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AGNOSTIC INC | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 1,069.00 | 1,069.82 | 1,069.82 | 0.00 | 0.00 |
| AT&T INC | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| AUDIT SYSTEMS INC | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 550.00 | 575.85 | 575.85 | 0.00 | 0.00 |
| CHICAGO PUBLIC SCHOOLS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO WOMENS HEALTH GROUP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 7,179.96 | 7,179.96 | 0.00 | 0.00 |
| CNAC JOLIET | Unsecured | 5,111.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,355.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECMC | Unsecured | 1,667.00 | 1,705.24 | 1,705.24 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| HESAA | Unsecured | NA | 7,023.56 | 7,023.56 | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 2,591.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 626.00 | 274.68 | 274.68 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 1,007.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 5,900.00 | 3,778.66 | 3,778.66 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 9,139.57 | 11,218.95 | 11,218.95 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 7,000.00 | 19,061.10 | 19,061.10 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | NA | 13,201.20 | 13,201.20 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,262.00 | 3,262.00 | 3,262.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 3,130.70 | 3,130.70 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | NA | 1,421.99 | 1,421.99 | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVICES | Unsecured | 1,468.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVICES | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 1,199.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 2,443.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 519.00 | 537.50 | 537.50 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,166.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 419.00 | 419.17 | 419.17 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| QUALITY HEALTHCARE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ROCK ISLAND CO CIRCUIT CLERK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 2,876.00 | 2,875.35 | 2,875.35 | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 5,662.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 4,348.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 3,348.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 3,292.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 1,501.00 | NA | NA | 0.00 | 0.00 |
| SECRETARY OF STATE | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SERVICES LLC | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 500.00 | 1,713.62 | 1,713.62 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM INSURANCE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| TITLE LENDERS | Unsecured | 288.75 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 5,692.00 | 9,015.06 | 9,015.06 | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 2,210.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 984.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WESTERN INTL UNV ONLIN | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| WILLOW SPRINGS POLICE DEPT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $640.00 | $529.51 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$640.00** | **$529.51** | **$0.00** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $3,778.66 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,262.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,040.66** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$80,583.75** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $21.49 |
| Disbursements to Creditors | $529.51 |
| **TOTAL DISBURSEMENTS :** | **$551.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/14/2013                    By: /s/ Glenn Stearns
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**